**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JERRY KULP, | ) | No. CV 11-1744-PHX-RCB (MEA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| CITY OF PHOENIX, et al., | ) | |
| Defendants. | ) | |

On September 2, 2011, Defendants City of Phoenix, Kenneth McCarthy, and Robert Neville, who are represented by Shannon M. Bell of the Office of the City Attorney for Phoenix, Arizona, filed a Notice of Removal (Doc. 1) of Plaintiff Jerry Kulp's three-count Complaint, which Plaintiff filed in the Superior Court of Maricopa County, Arizona, as matter #CV 2011-093647. These Defendants removed the case to this Court pursuant to 28 U.S.C. § 1441(b) because the Complaint asserts a claim of violation of Plaintiff's civil rights pursuant to 42 U.S.C. § 1983, alleging excessive use of force.

Plaintiff Jerry Kulp is represented in this matter by Keith M. Knowlton.

//
//
//
//

**TERMPSREF**

**IT IS ORDERED** that this matter is **referred** to Magistrate Judge Mark E. Aspey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

DATED this 28th day of September, 2011.

_____
Robert C. Broomfield
Senior United States District Judge