**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Kulp,<br><br>    Plaintiff,<br>vs.<br><br>City of Phoenix, a municipality of the State of Arizona; K-9 Officer Kenneth McCarthy, #5178 and Spouse McCarthy, husband and wife; Sgt. Neville #6055 and Spouse Neville, husband and wife; and John Does and Jane Does I-X and Individuals/Entities I-X,<br><br>    Defendants. | CV-11-01744-PHX-RCB (BSB)<br><br>**ORDER OF DISMISSAL**<br><br>(Assigned to the Honorable Robert C. Broomfield) |

   Pursuant to the foregoing Stipulation to Dismiss, and good cause appearing therefore;

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned case is hereby dismissed, with prejudice, each party to bear its own costs.

   DATED this 20th day of December, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1